JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLEOFAS QUIAMBAO, | CASE NO. **SACV 10-01686-JVS(MLGx)** |
| Plaintiff, | JUDGMENT |
| vs. | COURTROOM: 10C |
| HENDON HOME, LLC; KUNIKO SIGRIST; JIM SIGRIST, | JUDGE: THE HONORABLE JAMES V. SELNA |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing:

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Plaintiff Cleofas Quiambao have Judgment in her favor and against Defendants Kuniko

1  Sigrist, Jim Sigrist, and Hendon Home, LLC, jointly and severally, in the amount of
2  $150,000.00; and, against Defendant Hendon Home, LLC, severally, the additional
3  amount of $180,000.00, all including costs and attorney's fees.

7  Dated:   August 12, 2011

_____
THE HONORABLE JAMES V. SELNA,
UNITED STATES DISTRICT COURT
JUDGE

Approved as to form and content:

Dated: August __, 2011                    LAW OFFICES OF ROBERT R.
                                          RONNE, APC


                                          _____
                                          BY: ROBERT R. RONNE,
                                          ATTORNEY FOR PLAINTIFF
                                          CLEOFAS QUIAMBAO


Dated: August __, 2011                    HANSON BRIDGETT, LLP



                                          _____
                                          BY: DIANE MARIE O'MALLEY,
                                          ATTORNEY FOR DEFENDANTS
                                          HENDON HOME, LLC; KUNIKO
                                          SIGRIST; JIM SIGRIST.